REED, Respondent, v. CHILSON et al., Appellants.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by De Witt C. Reed against Nathaniel Chilson and another.
No opinion.  Judgment appealed from affirmed, with costs.  See 16 N. Y.
Supp. 744.

REED, Appellant, v. STANLEY et al., Respondents.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Joseph Reed against Fred Stanley and Jennie M. Stanley.
No opinion.  Judgment of the county court of Orleans county affirmed, with
costs.

REYNOLDS, Respondent, v. SISSON et al., Appellants.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Horace A. Reynolds, individually, and as administrator, etc.,
against William P. Sisson and others.
No opinion.  Order appealed from affirmed, with $10 costs and disburse-
ments.

ROCHESTER DISTILLING CO. v. DEVENDORF.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by the Rochester Distilling Company against Stewart L. Devendorf.
No opinion.  Motion for reargument or for leave to appeal to the court of
appeals denied.  See 25 N. Y. Supp. 529.

ROCHESTER DISTILLING CO. v. DEVENDORF.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by the Rochester Distilling Company against Mary M. Devendorf.
No opinion.  Motion for reargument or for leave to appeal to the court of
appeals denied.  See 25 N. Y. Supp. 200.

SMITH, Appellant, v. TAYLOR et al., Respondents.

(Supreme Court, General Term, Fifth Department.  January 18, 1894.)

Action by Andrew K. Smith against James E. Taylor and another.
No opinion.  Judgment appealed from affirmed, with costs.